UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2007
FEBRUARY 20, 2008 SESSION



FILED
FEB 21 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:08-00042
     18 U.S.C. §2251(a)
     18 U.S.C. §2252(a)(4)(B)

CHARLES EDWARD WISEMAN, JR.

INDICTMENT

The Grand Jury Charges:

COUNT ONE

Between on or about August 1, 2005 and January 1, 2006, at or near Rupert, Greenbrier County, West Virginia, and within the Southern District of West Virginia, defendant CHARLES EDWARD WISEMAN, JR. did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a).

**COUNT TWO**

On or about April 30, 2007, at or near Nettie, Nicholas County, West Virginia, and within the Southern District of West Virginia, defendant CHARLES EDWARD WISEMAN, JR. did knowingly possess one or more matters which contained a visual depiction of a minor engaging in sexually explicit conduct which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

CHARLES T. MILLER
United States Attorney

By: _____
KAREN L. BLEATTLER
Assistant United States Attorney