IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CRIMINAL ACTION NO. 5:08-cr-00042

CHARLES EDWARD WISEMAN,

    Defendant.

**WRITTEN PLEA OF GUILTY**

In the presence of David R. Bungard, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Two of the Indictment.

DATE: 8-12-2008

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT